

Cohen v. Hawker et al
Ad. Pro. 24-01130-JGR
Exhibit 2



5 STAR BANK
Better Banking = Better Business

## COMMERCIAL APPLICATION & PERSONAL FINANCIAL STATEMENT

**IMPORTANT** – Please read these directions before completing this application:
- If you are applying for individual credit in your own name and are relying on your own income or assets and not the income or assets of another as the basis for repayment of the credit requested, complete only Sections 1 and 3.
- If you are applying for joint credit with another person, complete all Sections providing information in Section 2 about the joint applicant.
- If you are applying for individual credit, but are relying on income from alimony, child support, or separate maintenance or on the income or assets of another person as a basis for repayment of the credit requested, complete all Sections, providing information in Section 2 about the person whose alimony, support, or maintenance payments or income or assets you are relying.
- If this statement relates to your guaranty of the indebtedness of other person(s), firm(s), or corporation(s), complete Sections 1 and 3.

**I intend to apply for joint credit:** ☒ Yes ☐ No  **Applicant:** Dwight Mulberry  **Co-Applicant:** Joni Mulberry

I am applying for credit in the following **Business** name: Craftsman Homes & Interiors

Amount requested: $_____        Payment Date Desired: _____

Loan purpose: Line of Credit – Home Loans

| SECTION 1 – INDIVIDUAL INFORMATION (type or print) | | SECTION 2 – OTHER PARTY INFORMATION (type or print) | |
|---|---|---|---|
| Name: Dwight Samuel Mulberry | | Name: Joni Michelle Mulberry | |
| Residence Address: 18870 Wing Tip Road | | Residence Address: 18870 Wing Tip Road | |
| City, State & Zip: Colorado Springs, CO 80908 | | City, State & Zip: Colorado Springs, CO 80908 | |
| Position or Occupation: Owner – General Contractor | | Position or Occupation: Owner - Accounting | |
| Business Name: Craftsman Homes & Interiors, LLC | | Business Name: Craftsman Homes & Interiors, LLC | |
| Business Address: PO BOX 1632 | | Business Address: PO BOX 1632 | |
| City, State & Zip: Monument, CO 80132 | | City, State, Zip: Monument, CO 80132 | |
| Are you a US Citizen? ☒ Yes ☐ No | If no, you are a citizen of: | Are you a US Citizen? ☒ Yes ☐ No | If no, you are a citizen of: |
| Driver's License # ████ | State: CO | Driver's License # ██-290-0███ | State: CO |
| Res. Phone: 719-431-0001 | Bus. Phone: | Res. Phone: 719-431-3413 | Bus. Phone: |

### SECTION 3 – STATEMENT OF FINANCIAL CONDITION AS OF: 05/25/2021

| ASSETS (Do not include assets of doubtful value) | In Dollars (omit cents) | LIABILITIES | In Dollars (omit cents) |
|---|---|---|---|
| Cash on Hand and in Banks | $10,000 | Notes Payable to Banks – Secured | $156,000 |
| U.S. Gov't/ Marketable Securities – Schedule A | $ | Notes Payable to Banks – Unsecured | $ |
| Non-Marketable Securities – Schedule B | $ | Due to Brokers | $ |
| Securities held by Broker in Margin Accounts | $ | Amounts Payable to Others – Secured | $ |
| Restricted or Control Stocks | $ | Amounts Payable to Others – Unsecured | $43000 |
| Partial Interest in R.E. Equities - Schedule C | $ | Accounts and Bills Due | $ |
| Real Estate Owned – Schedule D | $350,000 | Unpaid Income Tax | $ |
| Loans Receivable | $ | Other Unpaid Taxes and Interest | $ |
| Automobiles and Other Personal Property | $325,000 | Real Estate Mortgage Payable – Schedule D | $ |
| Cash Value of Life Insurance – Schedule E | $ | | |
| Other Assets – Itemize: | $40,000 | Other Debts – Itemize: | $ |
| Tool and Machinery | | Student Loans | $90000 |
| 401K Accounts | $25000 | | |
| | | **Total Liabilities:** | $ 281,000 |
| | | **Net Worth:** | $750,000 |
| **Total Assets:** | $750,000 | **Total Liability and Net Worth:** | $1,031,000 |

| CURRENT ANNUAL INCOME: | | CURRENT MONTHLY EXPENSES: | |
|---|---|---|---|
| Salary, Bonuses & Commissions: | $172,000 | Personal Living Expenses (Household): | $1000 |
| Dividends: | $ | Mortgage Payment (or Rent): | $2500 |
| Real Estate Income: | $ | Installment Loans (Auto): | $3000 |
| Other Income: (Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it | $ | Other Expenses: (Credit cards, unsecured loans, student loans, income taxes, fixed obligations) | $1000 |

| If so, describe: | ☐ Yes  ☒ No  If so, where: | | Year: |
|---|---|---|---|
| Income tax settled through (date): | Personal bank accounts carried at: | | |

### SCHEDULE A – U.S. GOVERNMENT AND MARKETABLE SECURITIES

| Number of Shares or Face Value (Bond) | Description | In Name of: | Are these Pledged? | Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### SCHEDULE B – NON-MARKETABLE SECURITIES

| Number of Shares | Description | Title in Name of: | Are these Pledged? | Source of Value | Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

### SCHEDULE C – PARTIAL INTERESTS IN REAL ESTATE EQUITIES

| Address and Type of Property | Title in Name of: | Ownership Percentage | Date Acquired | Cost | Market Value | Mortgage Maturity | Monthly Payment | Mortgage Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### SCHEDULE D – REAL ESTATE OWNED

| Address and Type of Property | Title In Name of: | Date Acquired | Cost | Market Value | Mortgage Maturity | Monthly Payment | Mortgage Amount |
|---|---|---|---|---|---|---|---|
| 1544 and 1548 Elm Ave, Canon City, CO 81212 | Dwight Mulberry | 12/2020 | Unknown | 350000 | 0 | 0 | 0 |
| | | | | | | | |
| | | | | | | | |

### SCHEDULE E – LIFE INSURANCE

| Name of Insurance Company | Owner of Policy | Beneficiary | Face Amount | Policy Loans | Cash Surrender Value |
|---|---|---|---|---|---|
| Primerica | Joni Mulberry | Dwight Mulberry | 250,000 | N/A | N/A |
| | | | | | |
| | | | | | |

### SCHEDULE F – PAST CREDIT HISTORY

| Name and Address of Lender | Credit in the Name of: | Secured or Unsecured? | Original Date | High Credit | Monthly Payment | Current Balance |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

(Use additional schedules if necessary)

### BUSINESS OPERATIONS INQUIRY

| | | |
|---|---|---|
| Do you cash checks? | ☐ YES | ☒ NO |
| If you cash checks, do you cash more than $1,000 per person per day? | ☐ YES | ☒ NO |
| Do you sell money orders? | ☐ YES | ☒ NO |
| Do you transmit money? (e.g. wire transfers, Western Union, virtual currency, cryptocurrency, etc.) | ☒ YES | ☐ NO |
| Do you exchange currency and/or bullion? | ☐ YES | ☒ NO |
| Do you primarily transact business in cash? | ☐ YES | ☒ NO |
| Do you engage, directly or indirectly, in a marijuana-related business? | ☐ YES | ☒ NO |
| Do you engage in internet gambling? | ☐ YES | ☒ NO |
| Do you own, operate or lease ATMs? | ☐ YES | ☒ NO |

**EQUAL CREDIT OPPORTUNITY NOTICE:** The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (providing the applicant has the capacity to enter into a binding contract), because all or a part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: FDIC Consumer Response Center, 1100 Walnut St, Box #11, Kansas City, Missouri 64108.

The information contained in this statement is provided for the purpose of obtaining or maintaining credit with you on behalf of the undersigned, or persons, firms or corporations in whose behalf the undersigned may either severally or jointly with others execute a guaranty in your favor. Each undersigned understands that you are relying on the information provided herein (including the designation made as to ownership of property) in deciding to grant or continue credit. Each undersigned represents and warrants that the information provided is true and complete and that you may consider this statement as continuing to be true and correct until a written notice of a change is given to you by the undersigned. 5Star Bank is authorized to make all inquiries it deems necessary to verify the accuracy of the statements made herein, and to determine your credit worthiness. 5Star Bank is also authorized to answer questions about your credit with the bank.

Signature (Applicant)
Social Security #
Email address: dsmulberry@outlook.com

Date: 5-25-21
Date of Birth: 4-4-71

Signature (Co-Applicant)
Social Security #
Email address: jonimulberry@outlook.com

Date: 5-25-2021
Date of Birth: 7-13-83