Charlotte Christensen, CPA
3883 E. Shady Glen Dr.
Boise, ID 83706
(208)515-1840

April 28, 2025

I am a CPA licensed in the State of Colorado. Although I am not a forensic accountant, I have over 40 years of financial accounting experience, reviewing financials and analyzing documents. I have held many positions over the years that include Accounting Manager, Director of Finance and CFO. I currently have my own Accounting, Consulting and Tax practice that I have operated since 2014. I have worked for Brent Hawker as an employee in the past and he continues to be a client in the present. I review the books of his multiple entities monthly and prepare both his personal financial statements and business tax returns annually.

At Brent's request, I have reviewed the limited number of documents pertaining to Dwight and Joni Mulberry dating back to 2021 including the following:
- 2021 W-2s from Craftsman Homes stating Dwight's Gross Pay was $81,250 and that he contributed $7,500 to his 401k. Joni's Gross Pay was $92,750 and that she contributed $8,225 to her 401k. Combined gross amounts totaled $174,000
- Dwight's credit report of 8/19/21 showed a credit score of 690 with total Installment debt of $182,000 and monthly payments of $4,637. This debt consists of 4 auto loans, and a loan on recreational equip, and one additional secured loan. Revolving credit balances were $18,800, for total debt of $200,800 on that date. He had 3 late payments and 1 derogatory over the last 7 years, all occurring prior to 2017. There were zero late payments after 2016.
- Joni's credit report of 8/19/21 showed a credit score of 645 with Installment debt of $269,348. However, after subtracting out the joint debt already included on Dwight's report, the only additional debt was $95,500 (the total of 3 education loans) plus another $20k in credit card debt. She had only 1 late payment over the prior 7 years which occurred on a joint account prior to 2017. There were zero late payments after 2016.
- Neither credit report listed any mortgage debt on real estate. A credit score of 650 is considered "Fair" by most credit bureaus – between poor and good.
- I reviewed a credit application for a home line of credit with 5 Star Bank dated 5/25/2021 signed by Dwight and Joni. The debt reported in the liabilities section was roughly $27,000 less than the credit reports of 8/19/21, using the total of $289,000 after correcting for the math error on the liability section. The net worth should have stated $461,000 ($750,000 Assets less $289,000 Liabilities) not the $1,031,000 shown on the statement of financial condition.
- The second page of the income and monthly expense section of the application was missing, so I only saw the salaries of $172,000 and monthly expenses totaling $7,500. Attached to the application was a schedule of Work in Progress of 28 homes under construction. I found an error on the Estimated Cost to Build for 606 Cowboy Lane which I believe should have been

Cohen v. Hawker et al
Ad. Pro. 24-01130-JGR
Exhibit 11

- $225,000 (same as 629 Cowboy), not the $22,500 listed. With that correction, the expected profit on those homes should have been $2,280,000 ($9,848,000 less estimated costs of $7,568,000) with completion dates spanning the next 21 months.
- I looked at the bank statements provided for Dwight & Joni's joint personal bank account ending in xxx0644 for the months of June 2021 through January 2022. There were no bounced checks or returned items. I noted that only one of them had their payroll deposited into that account, so it is unknown to me where the other spouse's earnings were deposited or spent. I noted that there were several transfers in from an account ending in xxx3783, and one from an account ending in ...5272. No bank statements for these other accounts were provided, and the account owners are unknown to me. A review of the activity leads me to believe that this account is only a partial picture of monthly income and expenses. There were a few large checks to a Sarah Mulberry totaling $5,000 and a $2,500 check written to a Bruce Dowlin toward the end of the year - purpose unknown.

There are two main tests for insolvency:
- Cash Flow insolvency (or inability to pay debts as they mature): This occurs when a debtor has enough assets to potentially cover their liabilities but lacks the liquid funds (cash) to pay their debts when they are due in the ordinary course of business.
- Balance Sheet Insolvency (or liabilities exceeding assets): This occurs when the total amount of a debtor's liabilities (what they owe) is greater than the total value of their assets (what they own), when those assets are fairly valued.

The loan application completed by Dwight & Joni in May 2021 showed stated assets greater than liabilities (confirmed by their August 2021 credit reports), and monthly personal income (verified by their 2021 W-2's), in excess of their stated monthly expenses – even without the additional income from the profit on the homes.

Based on my review of the limited documents provided, I found no evidence of financial insolvency.

/s/ Charlotte Christensen
Charlotte Christensen, CPA