| Work in Progress | City | Estimated Cost to Build | Sales Price | Estimated Completion Date |
|---|---|---|---|---|
| 207 Blue Grouse | Canon City | 295,000 | 360,000 | 1-Jan-22 |
| 2259 White Cliff Way | Monument | 725,000 | 860,000 | 1-Dec-21 |
| 3701 Venice Grove | Colorado Springs | 215,000 | 310,000 | 1-Sep-21 |
| 3707 Venice Grove | Colorado Springs | 215,000 | 310,000 | 1-Sep-21 |
| 3713 Venice Grove | Colorado Springs | 215,000 | 310,000 | 1-Oct-21 |
| 3719 Venice Grove | Colorado Springs | 215,000 | 310,000 | 1-Oct-21 |
| 3725 Venice Grove | Colorado Springs | 215,000 | 310,000 | 1-Oct-21 |
| 3731 Venice Grove | Colorado Springs | 215,000 | 310,000 | 1-Oct-21 |
| 3773 Venice Grove | Colorado Springs | 215,000 | 310,000 | 1-Sep-21 |
| 3779 Venice Grove | Colorado Springs | 215,000 | 310,000 | 1-Sep-21 |
| 627 Cowboy Way | Canon City | 230,000 | 292,500 | 1-Nov-21 |
| 629 Cowboy Way | Canon City | 225,000 | 290,500 | 1-Nov-21 |
| 635 Cowboy Way | Canon City | 245,000 | 305,000 | 1-Jan-22 |
| 874 Dakota Lane | Canon City | 550,000 | 640,000 | 1-Dec-21 |
| Lot 158 (Breckenridge) | Breckenridge | 195,000 | 225,000 | 1-Sep-21 |
| Lot 207 (Breckenridge) | Breckenridge | 225,000 | 300,000 | 1-Jan-22 |
| Lot 226 (Breckenridge) | Breckenridge | 220,000 | 275,000 | 1-Oct-21 |
| 1279 Valley Drive | Penrose | 265000 | 336000 | Oct-21 |
| 14972 Crooked Lane | Woodlawn Park | 400000 | 490000 | Jan-22 |
| 602 Cowboy Way | Canon City | 230000 | 292500 | Dec-21 |
| 606 Cowboy Way | Canon City | 22500 | 290500 | Nov-21 |
| Lot 248 (Breckendride) | Breckenridge | 390000 | 485000 | Oct-21 |
| Lot 120 (Breckenridge) | Breckenridge | 160000 | 215000 | Sep-21 |
| Lot 4 (Breckenridge) | Breckenridge | 280000 | 355000 | Dec-21 |
| 3774 Venice Grove | Colorado Springs | 222000 | 339000 | Feb-22 |
| 3780 Venice Grove | Colorado Springs | 222000 | 339000 | Feb-22 |
| 3762 Venice Grove | Colorado Springs | 222000 | 339000 | Feb-22 |
| 3768 Venice Grove | Colorado Springs | 222000 | 339000 | Feb-22 |
| Total | | 7,265,500 | 9,848,000 | |

Cohen v. Hawker et al
Ad. Pro. 24-01130-JGR
Exhibit 16