# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DWIGHT SAMUEL MULBERRY, ) | |
| SSN: XX-XXX-2755 ) | Case No. 23-10804-JGR |
| ) | |
| JONI MICHELLE MULBERRY ) | |
| SSN: XX-XXX-8923 ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| ROBERTSON B. COHEN, Chapter 7 Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 24-01130-JGR |
| ) | |
| FIRETREE DEVELOPMENT ) | |
| CORPORATION, a Colorado Corporation ) | |
| and BRENT L. HAWKER, an individual. ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DISPOSTIVE MOTION

Plaintiff, Robertson B. Cohen, by and through his undersigned counsel ("Plaintiff"), files this unopposed Motion For Extension of Time to Respond to Dispositive Motion, and as grounds therefore states as follows:

1. On August 22, 2025, Defendant filed a series of three (3) Motions in Limine ("Motions"). On August 25, 2025, the Court entered an Order converting the Motions to a Motion for Summary Judgment. The Court then Plaintiff's responsive deadline of September 8, 2025, and vacated the previously scheduled pre-trial conference. See, Docket No. 57.

2. Undersigned Counsel for Plaintiff was out of the office from August 22-29, 2025, and saw the Motions and Order upon his return to Colorado over the Labor Day Weekend.

3. Undersigned Counsel has a medical procedure scheduled for September 5, 2025, that requires preparation on September 4, 2025. Thus, Plaintiffs' ability to respond to the Motion for Summary Judgment during this time period has been extremely limited.

4. As a result of these circumstances, Plaintiff requests that the Court extend the time by which to respond to the Motions by just over two (2) weeks, through and including September 24, 2025.

5. The parties have discussed this matter, and counsel for Defendant has authorized Plaintiff to represent to the Court that Defendants have no objection to Plaintiff's requested extension of time.

6. Given that the Parties agree and that the pre-trial conference has been vacated, no prejudice would occur by granting Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting this Motion, extending the deadline to respond to the Motions to September 24, 2025, and for any such other and further relief as this Court deems just and proper.

DATED this 3rd day of September, 2025

**SPENCER FANE LLP**

By: /s/ *David M. Miller*
David M. Miller, #17915
Christiana L. Leinbaugh, #59943
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Ph.: (303) 839-3800
E-mail: dmiller@spencerfane.com
cleinbaugh@spencerfane.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, a true and correct copy of the above and foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DISPOSTIVE MOTION** was served on all parties through the Court's CM/ECF system in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

    Mark D. Francis, Esq.
    1155 Kelly Johnson Blvd., Suite 111
    Colorado Springs, CO 80920
    Email: mdfesq@earthlink.net

                                                        */s/Jessica Kallweit*
                                                        Jessica Kallweit